**CERTIFICATION**

I, _____, acknowledge that I have read the Court's Protective Order
          (Name of Recipient)

in the case of *United States v. Fausto Aguero Alverado, Case No. 11-20026-CR-KMM*. I also have

been advised by _____, that I will be viewing materials that contains sensitive
            (Name of Counsel)

information.  I also have been advised that such information should be held in strict confidence,

should only be used in connection with the investigation and trial preparation of this case and that

further disclosure, dissemination, or use is prohibited without defense counsel's express consent.


_____          _____
Signature                                                                        Date


---------------------------------------------


I,_____, have provided _____ with a copy of the Court's
     (Name of Counsel)                                  (Name of Recipient)

Protective  Order.  I also have advised _____ of his/her obligations under this Order,
                                                          (Name of Recipient)

but he/she has refused to sign the above acknowledgment.


_____          _____
Signature                                                                        Date