UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20026-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FAUSTO AGUERO ALVARADO, et al.,

    Defendant.

_____/

## DEFENDANT'S EXHIBIT LIST

The defendant, through undersigned counsel, files this his Exhibit List.

1. Composite Indictment/Plea Agreement and Judgment and Commitment in Case No. 10-20819-Cr-Lenard.

2. Composite Indictment, Plea Agreement and Judgment and Commitment in Case No. 11-20026-Cr-Moore.

3. Colombian Police Report dated July 25, 2010.

4. Colombian Surveillance Report.

5. Confidential Informant Activation Report Bogota.

6. Confidential Informant Activation Report Panama.

7. Confidential Informant Activation Report Teguagalpa.

8. Continuing Suitability Report Honduras.

9. Continuing Suitability Report Panama.

10. Informant Payment Report.

            MICHAEL CARUSO
            FEDERAL PUBLIC DEFENDER

By: */s/ Celeste S. Higgins*
    Assistant Federal Public Defender
    Florida Bar No.: 909718
    150 W. Flagler Street, Suite 1700
    Miami, Florida   33130
    Tel: (305) 533-4255
    Fax: (305) 536-4559
    Email: celeste_higgins@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2013, I electronically filed the following document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           */s/ Celeste S. Higgins*