UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20026-MOORE

UNITED STATES OF AMERICA,

vs.

FAUSTO AGUERO ALVARADO,

　　　Defendant(s).
_____/

## STIPULATION FOR WITHDRAWAL OF TRIAL EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: July __22__, 2013

_____
Adam Fels, AUSA

_____
Anthony Natale, AFPD

Stipulation herein approved
this ___ day of July, 2013

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE